CARL HARTMAN, Appellant, *v.* OTIS ELEVATOR COMPANY, Respondent.

(Argued October 26, 1932; decided November 22, 1932.)

*Arnold J. Brock* and *Osmond K. Fraenkel* for appellant.
*Bertrand L. Pettigrew* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.